NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


LISA COSTANTINI,                          )
                                          )
                Appellant,                )
                                          )
v.                                        )          Case No. 2D18-3765
                                          )
LYNDLEY W. RADIX and ARLENE               )
RADIX,                                    )
                                          )
                Appellees.                )
_____)

Opinion filed April 24, 2019.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Hillsborough
County; Gregory P. Holder, Judge.

Bryant H. Dunivan Jr. of Owen &
Dunivan, PLLC, Tampa, for Appellant.

Kalei McElroy Blair of Wetherington
Hamilton, P.A., Tampa, for Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, KELLY, and ATKINSON, JJ., Concur.